# United States Court of Appeals
## For the First Circuit

No. 05-1506

UNITED STATES OF AMERICA,

Appellee,

v.

DANIEL H. GEORGE, JR.,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on May 24, 2006 is corrected as follows:

On page 2, second paragraph, delete "We present the facts in the light most favorable to the verdict.  See United States v. Medina-Martinez, 396 F.3d 1, 3 (1st Cir. 2005)."